**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MIGUEL ANGEL BLANCO-DIAZ, | No. 10-73501 |
| Petitioner, | Agency No. A089-091-146 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 21, 2012[**]

Before:     FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Miguel Angel Blanco-Diaz, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's order denying his motion to reconsider.  We have jurisdiction

under 8 U.S.C. § 1252.  We review for abuse of discretion the denial of a motion to

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

reconsider, *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005), and we deny the petition for review.

The agency did not abuse its discretion in denying Blanco-Diaz's motion to reconsider where Blanco-Diaz had failed to demonstrate the existence of "exceptional circumstances . . . beyond the control of the alien" that would warrant reopening under 8 U.S.C. § 1229a(e)(1). *See* 8 C.F.R. § 1003.2(b)(1) (requiring motion to reconsider to state an error of fact or law)*; see also Valencia-Fragoso v. INS*, 321 F.3d 1204, 1205-06 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED.**